UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | **'08 MJ 1 9 1 7** |
| ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Uriel TORRES-Garcia,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **June 13, 2008** within the Southern District of California, defendant, **Uriel TORRES-Garcia,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.


SIGNATURE OF COMPLAINANT
Tomas M. Jimenez
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **23**rd **DAY OF JUNE, 2008.**


Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Uriel TORRES-Garcia

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On June 13, 2008, at approximately 10:00 p.m., the resident of a property on State Route 94 called the El Cajon Border Patrol Station to report that several suspected illegal aliens were on or near his property. This property is located approximately seven miles east and one quarter mile north of the Tecate, California Port of Entry.

At approximately 10:15 p.m., Supervisory Border Patrol Agent M. Wilton arrived at the residence and encountered three subjects that were requesting his assistance and medical attention for various injuries. Agent Wilton immediately contacted San Diego Sector Dispatch to request that emergency medical services be dispatched to the scene. Agent Wilton identified himself as a Border Patrol Agent and questioned the subjects as to their citizenship. The subjects stated that they were citizens and nationals of Mexico illegally present in the United States. One subject identified himself to Agent Wilton as **Uriel TORRES-Garcia**, later identified as the defendant. The defendant freely admitted that he was a citizen and national of Mexico and that he had just entered the United States illegally through a gap in the primary border fence. The defendant was placed under arrest and taken directly from the scene to Sharp Memorial Hospital in Kearny Mesa, California for treatment of a gunshot wound to his leg. On June 20, 2008, at approximately 5:00 p.m., the defendant was deemed by doctors to be fit for travel and incarceration and released from the hospital. The defendant was transported to the El Cajon Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on March 12, 2004** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on June 21, 2008 at 9:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **June 13, 2008** , in violation of Title 8, United States Code, Section **1326**.

_____        6/21/08    10:50 AM.
Louisa S. Porter                        Date/Time
United States Magistrate Judge